JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chieh-An Tsai,<br><br>    Plaintiff,<br><br>    v.<br><br>Joseph Edlow, in his official capacity as Director, United States Citizenship and Immigration Services,<br><br>    Defendant. | Case No.: 2:25-cv-9748-AB(SKx)<br><br>[~~PROPOSED~~] **ORDER DISMISSING ACTION** |

    The parties have filed a stipulation of dismissal on the grounds that (1) United States Citizenship and Immigration Services has received good and sufficient payment for the I-526E petition (Receipt No. IOE8898673093) from Plaintiff Chieh-An Tsai on or about March 21, 2024; (2) USCIS has vacated its notice rejecting the petition, and has resumed processing the petition in due course; and (3) as a result, this action is now moot.

    This action is therefore **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

    **IT IS SO ORDERED.**

Dated: December 22, 2025

                                                             _____<br>
                                                             HON. ANDRÉ BIROTTE JR.<br>
                                                              UNITED STATES DISTRICT JUDGE